BEFORE THE THIRD DIVISION, SEPTEMBER 25, 1944

**No. 49727.**—Petition 6154–R of A. W. Fenton Co. (Cleveland).

Opinion by EKWALL, J. At the second hearing a report made by a customs agent, read into the record without objection, stated that the merchandise was invoiced at 10 cents per pound and that these shipments were all made subsequent to advance in price of this commodity on February 15, 1937, from 10 to 10½ cents per pound, and that the importer was advised of this advance on February 13, 1937. The court was therefore unable to find that the importer was without intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore denied.

**No. 49728.**—Petition 6291–R of Carey & Skinner, Inc. (Buffalo).

Opinion by EKWALL, J. It appeared from the testimony that these volumes were sent to persons who had purchased a complete set of books; that they were printed in England and sent to Canada from whence they were imported into the United States; and that the publishers started the shipment of the set of books comprising the encyclopaedia in about 1939 and as the new volumes were compiled they were sent to the various purchasers. The importation being an unusual one, in that the books were entered under a period of time, and the testimony showing that the importer endeavored to obtain information as to the proper dutiable value of the index volumes, the court was of the opinion that the importer was without intent to defraud the Government or to deceive its officials. The petition was therefore granted.

SEPTEMBER 25, 1944

**No. 49729.**— ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮—Protest 544940–G of Seaboard Foreign Trading Co. ▮▮▮▮▮▮▮▮ Plaintiff's application for rehearing granted.

SEPTEMBER 20, 1944

**No. 49730.**—Petition 6306–R. G. R. Kirk Co. (*Union Brokerage Co.*) v. *United States.* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Petition granted except as to entry 422–P as to which it was dismissed. Decided July 31, 1944. Abstract 49648.

BEFORE THE FIRST DIVISION, SEPTEMBER 29, 1944

**No. 49731.**—Protests 53271–K, etc., of Butler Bros. et al. (Baltimore, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.